UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CBCR 2562-BTM |
| Plaintiff | ) | CRIMINAL NO. 08mj2220 |
| | ) | |
| vs. | ) | ORDER |
| Jose Luis Barbosa-Cardenas, | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s)  Et Al | ) | Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Juana Cuellar-Sandoval

DATED: 8/5/8

RECEIVED _____ /s/ _____
              DUSM

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
                Deputy Clerk
**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062