UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff

vs.

Jose Luis Barbosa-Cardenas,

    Defendant(s) ET AL

CRIMINAL NO. 08CR2562-BTM / 08mj2220

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

JOSE MIGUEL GONZALEZ-ALDAMA

DATED: 8/5/8

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Deputy Clerk
J. JARABEK

CLERK'S OFFICE COPY